FILED
April 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

3 of 8

Joseph Ray

To: U.S. District Court

6:22-cv-00383

My name is Joseph Ray im ~~co~~ incarcerated in the Limestone County Jail, They want give me my offical charge they ~~ch~~ Keep changing it from harrassement of a officer in a correction facaility to it's medical, then i have a ~~1,000.00~~ 100,000 doller bond to no bond, i have no paper work showing my charges are who filed the charges, i was orisanlly charse with assult on peace officer in march 2021, and failure to Idandify, which i had witness statements that state i gave the officer my i'd, and no assult or even a scuffle ever happen. I'm guess the charges change somewhere in that year's time, I was out on bail in Feb 2022 on the 23rd they arrested me in court on a bond increase intill i took a crazy test so i took test but they won't give me a bond reduction. ~~or even~~ My ~~allow me talk to my~~ lawyer won't even contact me, try to say i'm in compatent due to nature of the crime. The Jail says they don't know why i'm in Jail and i have no bail. No ones telling me anything, I've been locked up 37 days.

I have sent Judge Black 3 letters stating the situation of conflict of interest with my lawyer no response, My lawyer of the two cases wouldn't even show up some days and never had a meeting with me at all, refused to turn in witness statement, trying to get me to plea, when i refused he had me locked up he say for medical reasons, thing is he wasn't my lawyer in this case.
This was a child support case that i knew nothing about he told me that Judge black was sitting in for Pat Simmions to get me to believe it was the assult of a peace officer, but i'm arrested on a Harrassement of a peace officer inside a correctional facility. They have violated all my rights and are refusing to speak to me I'm just sitting here in prison.

Joseph Ray

denying me access to call Bond Man

(Right to speedy Trial)

1. They have violated my (1) Right to Due process, (2) Right to equal protection of law, (3) right to access to courts, no law libary (4) Rights to be free from cruel & unusal punishment, (5) wrongful imprisionment

2. My 1st 5th 6th 8th 9th 14th Amendements Rights - protected by the Constition & causing, and will contune to cause me pain, Suffering, phyical, injury, and Emotional Distress

3. I'm still ask for copy of Arrest Records who is the arresting officer, who filed the Harrassement charges inside the Correctional faculty. Even if i past the test for Disability. Lawyer as not been to see me i took test on March 2, 2022. It's now April 1st 2022.

Joseph Ray

Also I'm send three copies of papers of letters that i sent over to the courts Amber Sandell to give to the Judges

JONATHAN BALLOU
Notary Public, State of Texas
My Commission Expires
February 25, 2025
NOTARY ID 13101902-0

[signature] Ballou
4-5-22

JONATHAN BALLOU
Notary Public, State of Texas
My Commission Expires
February 25, 2025
NOTARY ID 13101902-0

Jon Ballou 6 of 8
4-5-22

March 25th 2022 Joseph Ray
TO: Judge Black

This case that i'm spending time in Jail for that Should of been dismissed Has caused me finacial lost. I've lost a eviction case because of Raymond Sanders action who knew of this eviction case, The day of the trial (for the eviction) is the day when they approach me after coming out of trial with the paper to take the test with the doctor. That's when i ask if the papers where from Judge Black if the where i would of tooken the test this is what i told the deputy he didn't Respond So i left the court House. I filed for a appeal within 5 days and recieved a letter to come to court on the 23rd of Feb where i was arrested for a Test i had intill the 22nd of March to take, then on the 22nd The trial was canceled while i still sit in Jail on a bond increased till i took the test which i took on the 2nd of March. Havn't Seen my lawyer once. I would say my lawyer holding me in Jail for personal reasons, I have intill the 16th to file my taxes of April or i get pentilized, when I've already reach out to law inforcement about some illegal business dealing with my taxes.

March 23rd 2022 Attorney General
Joseph Ray
CHild Support Division

This is Joseph McCrey Ray, I have two child support cases one with Melony dawn noel, which i am the costoial parent, and Amanda Von Minden, which we are co-parenting, this has been a freeze put on my funds for Melondy Dawn Noel's case im writing to find out why. I've call 3 to 4 times in nov, Dec ~~ove~~ of 2021 and Jan of 2022 to be rudly treated by your employee's who refused to give me any information saying Limestone is the only ones who had a case for child support for me. That you all would not have any record of Limestone county's child support cases. They had a trial date set for the 22nd of March 2022 and never told me of the case. I have written the courts in Limestone county and informed them of my lawyer Raymond Sanders tricks he tryed to play on me, being my lawyer in two crimal cases, while against me in a child support case having me show up in court thinking it was for crimal cases they should of been drop.




4-5-22

with the witness statements that i had, witness write to what had happen on the next day of bailing out of Jail. Raymond Sanders never shawed the courts the statements, tryed to get me to plea out i told him to wipe is behind with that toilet paper. They next month he order a phyco test. gave me to the 22nd of march to take it, order by Judge black, but arrested me on feb 23rd saying i refused to take test on the 6th of Feb after leaving a eviction trial, which i told the officer i would take the test on that day if that paper in his hand was order by Judge black which he wouldn't respond so i never refused any test. I've tooken test and passed, but found in compitent by my lawyer due to the nature of the crimes he says. The march 22nd trial date was canceled, And i'm still in Jail, I've written the Texas State Bar, also FBI and Civil Rights Division about this case. I'm sending a notized letter it's a copy of the one i've sent to limestone County Child Support and Judge Black.

CAAP 15331-A legal paperwork for lawyer
1800-932-1900

To Raymond Sanders

RFA
Request for Assistance Form

you need to call Disab services for me Raymon

This is Joseph Ray i'm written because you have not contact me since you had me put in Jail i've tooken the test and was found compentent to stand trial, but incompondent by you due to the nature of the trial you said, well your secatory, I having talk to you more then 3 word for over a year when i was free, lock up by my lawyer who doesn't want the Judge to hear my side of the story I was never reed my Right not once when i was arrested, and you never showed the Judge the witness state I gather. You even tricked me into believing we were in court on another case when you where the lawyer agai me that's a crime Raymond what do you say about that Raymond Sanders.

Joseph McCoy

CAAP mailing address
P.O. Box 2487
Austin, TX 78711-2487

My Rights that are being violated
1st, 5th, 6th, 8th, 9th, 14th

JONATHAN BALLOU
Notary Public, State of Texas

U.S. District
Court

Joseph McCrey Ray
c/o Limestone County Jail
912 North Tyus
Groesbeck Texas, 76642

NORTH TEXAS TX 750
7 APR 2022 PM 5 L

USA ★ FOREVER

"Legal"

RECEIVED
APR 11 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________
DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
United States Court House
800 Franklin Avenue Room 380
Waco, Texas 76701

76701-193480