# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOSEPH MCCREY RAY** § | | |
| **(Limestone County # 8061)** § | | |
| § | | |
| **V.** § | **W-22-CV-383-ADA** | |
| § | | |
| **SHERIFF MURRAY AGNEW** § | | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Joseph McCrey Ray's petition for habeas corpus relief for failure to exhaust state court remedies and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Joseph McCrey Ray's Petition for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE** as unexhausted.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

**SIGNED** this 7th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE